**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7
8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   BRIAN BROCK, On Behalf of Himself and            No. C 04-05328 WHA
     All Others Similarly Situated,
11
12          Plaintiffs,
                                                      **ORDER DENYING**
13     v.                                             **CONTINUANCE OF CASE**
                                                      **MANAGEMENT CONFERENCE**
14   HONEYWELL INTERNATIONAL, INC.,
     and DOES 1–100, inclusive,
15
            Defendants.
16   _____/
17          The Court is in receipt of counsel's letter of June 9, 2005, requesting a continuance of
18   the case management conference.  Counsel's request is **DENIED**.  However, counsel may have
19   to and including **JUNE 21, 2005**, within which to file their joint case management statement.
20
21          **IT IS SO ORDERED.**
22
23   Dated:  June 10, 2005.                           _____
24                                                    WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE
25
26
27
28